■ In the Matter of ALEXANDER S. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID S. et al., Appellants. [24 NYS3d 557]—Motion to vacate order entered July 2,

2015 denied. Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.